# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
          )
          )     No. 26-MJ-96-01-LMC
    v.          )
          )
DANIEL K. ESKRIDGE,     )
        Defendant. )

## MOTION TO WAIVE RIGHT TO INDICTMENT
## WITHIN THIRTY DAYS OF ARREST

COMES NOW the Defendant, Daniel K. Eskridge, by counsel Travis D. Poindexter, and hereby waives his right to be indicted within thirty days of his arrest under 18 U.S.C. § 3161(b). In support of this motion, Mr. Eskridge offers the following:

## SUGGESTIONS IN SUPPORT

1) On June 15, 2026, Mr. Eskridge was charged by Complaint with Conspiracy to Commit Murder in violation of 18 U.S.C. §§ 1111 & 1117.

2) On June 18, 2026, the court held a preliminary hearing on the complaint and a detention hearing. The court found the charges were supported by probable cause and detained Mr. Eskridge.

3) Mr. Eskridge has a right to be indicted within thirty days of his arrest pursuant to 18 U.S.C. 3161(b). The parties, however, have reached an

agreement that entails the waiver of the 30-day requirement with the understanding that the case will be presented at the next available Grand Jury in the Western Division.

4) On today's date, the undersigned spoke with Mr. Eskridge in person regarding the aforementioned agreement as well as his statutory right to be indicted within thirty days of his arrest and his right to waive such a right. Based on those discussions, Mr. Eskridge agreed to waive that right and authorized the undersigned to file a motion memorializing that waiver.

WHEREFORE, Mr. Eskridge requests the court to accept his tendered waiver of his right to be indicted within thirty days of his arrest under 18 U.S.C. § 3161(b).

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/ Travis D. Poindexter*
TRAVIS D. POINDEXTER
Asst. Federal Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
816-471-8282
travis_poindexter@fd.org

</div>

## **CERTIFICATE OF SERVICE**

It is certified the foregoing was filed on this 21st day of June, 2026, and a copy was served on all parties under the ECF system.

/s/ ***Travis D. Poindexter***
TRAVIS D. POINDEXTER