**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                 Plaintiff,

     v.                           Complaint No. 26-MJ-00096-LMC

DANIEL K. ESKRIDGE

                 Defendant.

## MOTION TO DISMISS COMPLAINT

Comes now Maureen A. Brackett, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on June 15, 2026, before United States Magistrate Judge Lajuana M. Counts, at Kansas City, Missouri, charging the defendant, Daniel K. Eskridge, with conspiracy to commit murder in violation of Title 18 United States Code, Sections 1111 and 1117.

                                     */s/Maureen A. Brackett*
                                     Maureen A. Brackett
                                     Assistant United States Attorney
                                     Western District of Missouri

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was delivered on July 23, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                       */s/Maureen A. Brackett*
                                     Maureen A. Brackett
                                     Assistant United States Attorney